**Affirmed and Memorandum Opinion filed September 5, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00377-CV

---

## IN THE INTEREST OF R.N.T. AND S.P.T., Children

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2012-03540J**

---

## M E M O R A N D U M    O P I N I O N

Appellant, J.S.T., appeals a final decree terminating her parental rights to the children who are the subject of this suit. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). The

*Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

A copy of counsel's brief and the record were delivered to appellant. Appellant was advised of her right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329-30. More than forty-five days have elapsed and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Brown, Christopher, and Donovan.